UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

15cr176
18cr876
12cr739

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

 For the week of August 24, 2020, the Court will hold all criminal proceedings by

telephone.  To access the teleconference, please use the following information:

 <u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749   <u>Access Code</u>: 7702195

 Please enter the conference as a guest by pressing the pound sign (#).

 Any requests for adjournments should be filed as soon as possible and clearly explain

why the conference should be adjourned.

SO ORDERED.

Dated: August 21, 2020
   White Plains, New York

_____
   KENNETH M. KARAS
   United States District Judge